UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL J. JAMES, | No. C 12-2919 SI (pr) |
| Plaintiff, | **ORDER RE. PLAINTIFF'S ADDRESS** |
| v. | |
| RPD - CHIEF OF POLICE; et al., | |
| Defendants. | |

Plaintiff filed this *pro se* prisoner's civil rights action while in custody at the West County Detention Facility in Contra Costa County. On October 9, 2012, he filed a notice of change of address. (Docket # 4.) Plaintiff's notice is deficient in that it provides only a street and number, without any mention of the city or ZIP code for the address. No later than **November 16, 2012**, plaintiff must file a new change of address notice that provides his current mailing address.

IT IS SO ORDERED.

Dated: November 1, 2012

_____
SUSAN ILLSTON
United States District Judge