**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ABDUL J. JAMES,                          No. C 12-2919 SI (pr)

    Plaintiff,                       **JUDGMENT**

    v.

RPD - CHIEF OF POLICE; et al.,

    Defendants.
                                  /

    This action is dismissed for failure to state a claim upon which relief may be granted.

    IT IS SO ORDERED AND ADJUDGED.

Dated: September 23, 2013              _____
                                                    SUSAN ILLSTON
                                                    United States District Judge