UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABDUL J. JAMES, | No. C 12-2919 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| RPD - CHIEF OF POLICE; et al., | |
| Defendants. | |

This action is dismissed for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED AND ADJUDGED.

Dated:   September 23, 2013

_____
SUSAN ILLSTON
United States District Judge